### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 22-cv-02448-ELH |
| | * |
| HUMPHREY-STAVROU ASSOCIATES INC., | * |
| et al., | * |
| | * |
| Defendants. | * |

********

## CONSENT MOTION TO APPROVE AND ENTER PROPOSED CONSENT ORDER

Plaintiff United States of America moves the Court to approve the attached Proposed Consent Order resolving this litigation as to (a) Stavrou Associates, Inc. and R & S LLC ("Developer Defendants"), (b) Glenmore Associates LP, Windsor Family Associates LP, Windsor Elderly Associates LP, Rainier Manor 2 LP, Chapel Springs LP, Belle Hill Manor LP, Hammarlee House Associates LP, Oak Grove Associates LP, and Hampshire Village Associates LP ("Owner Defendants"), and (c) Milltowne Associates, LP and Howard County Housing Commission (collectively "Rule 19 Defendants," and together with Developer Defendants and Owner Defendants, "Stavrou Defendants") and to enter the Consent Order as the Judgment of the Court as to the Stavrou Defendants. The grounds for this Motion are set forth in the attached Proposed Consent Order. The Stavrou Defendants consent to this motion.

Dated: November 22, 2022

                                              Respectfully submitted,

| | |
|---|---|
| | __/s/_____ |
| EREK L. BARRON | KRISTEN CLARKE |
| United States Attorney | Assistant Attorney General |
| District of Maryland | Civil Rights Division |
| | |
| ____/s/_____ | ___/s/_____ |
| KIMBERLY S. PHILLIPS | SAMEENA SHINA MAJEED |
| Bar No. 811611 | Chief, Housing and Civil Enforcement Section |
| Assistant United States Attorney | |
| 36 S. Charles Street 4th Floor | |
| Baltimore, Maryland 21201 | ___/s/_____ |
| Phone: (410) 209-4900 | MICHAEL S. MAURER |
| E-mail: Kimberly.Phillips@usdoj.gov | Deputy Chief |
| | BETH PEPPER |
| | JENNIFER MCALLISTER |
| | Trial Attorneys |
| | Housing and Civil Enforcement Section |
| | Civil Rights Division |
| | U.S. Department of Justice |
| | 4 Constitution Square |
| | 150 M Street, N.E., Room 6.1423 |
| | Washington, DC 20002 |
| | Phone: (202) 305-0916 |
| | Fax: (202) 514-1116 |
| | E-mail: Beth.Pepper@usdoj.gov |
| | E-mail: Jennifer.Mcallister@usdoj.gov |
| | |
| | *Attorneys for Plaintiff* |
| | *United States of America* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2022, I caused the foregoing Consent Motion to Approve and Enter Proposed Consent Order to be served on counsel for the Stavrou Defendants via electronic mail at the following address:

Minh N. Vu
Ashley Jenkins
Seyfarth Shaw LLP
mvu@seyfarth.com
asjenkins@seyfarth.com

Michael Schollaert
Terry Kitay
Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC
mschollaert@bakerdonelson.com
tkitay@bakerdonelson.com

                                                            _____/s/_____
                                                            Kimberly S. Phillips
                                                            Assistant U.S. Attorney