# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 22-cv-02448-ELH |
| HUMPHREY-STAVROU ASSOCIATES INC., et al., | * |
| Defendants. | * |

********

## CONSENT MOTION TO APPROVE AND ENTER PROPOSED CONSENT ORDER

Plaintiff United States of America moves the Court to approve the attached Proposed Consent Order resolving this litigation as to (a) Humphrey-Stavrou Associates, Inc. ("HSAI"); (b) Pin Oak Elderly Associates, LP; (c) Country View Elderly Associates, LP; and (d) Randolph Village Associates LP (collectively, "HSA Defendants"), and Rule 19 Defendants (a) Avanath Vista Lakes, LLC; (b) Avanath Largo Center, LLC; and (c) CDT SP Henson Creek, LLC (collectively, "Rule 19 Defendants," and together with the HSA Defendants, "Defendants") and to enter the Consent Order as the Judgment of the Court as to the Defendants.  The grounds for this Motion are set forth in the attached Proposed Consent Order.  The Defendants consent to this motion.

Dated: October 16, 2023

Respectfully submitted,

\_\_/s/_____
KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

EREK L. BARRON
United States Attorney
District of Maryland

\_\_\_\_/s/_____
KIMBERLY S. PHILLIPS
Bar No. 811611
Assistant United States Attorney
36 S. Charles Street 4th Floor
Baltimore, Maryland 21201
Phone: (410) 209-4900
E-mail: Kimberly.Phillips@usdoj.gov

\_\_\_/s/_____
CARRIE PAGNUCCO
Chief, Housing and Civil Enforcement Section

\_\_\_/s/_____
MICHAEL S. MAURER
Deputy Chief
BETH PEPPER
JENNIFER MCALLISTER
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street, N.E., Room 6.1423
Washington, DC 20002
Phone: (202) 305-0916
Fax: (202) 514-1116
E-mail: Beth.Pepper@usdoj.gov
E-mail: Jennifer.Mcallister@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, I caused the foregoing Consent Motion to Approve and Enter Proposed Consent Order to be served on counsel for the Defendants via electronic mail at the following address:

- Christine Walz
  Lynn Calkins
  Holland & Knight LLP
  Christine.walz@hklaw.com
  Lynn.Calkins@hklaw.com

- Harry Kelly
  Nixon Peabody LLP
  hkelly@nixonpeabody.com

- Joshua Drian
  Andrew Zimmitti
  Manatt, Phelps & Phillips, LLP
  jdrian@manatt.com
  azimmitti@manatt.com

_____/s/_____
Kimberly S. Phillips
Assistant U.S. Attorney