IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 22-cv-02448-ELH |
| HUMPHREY-STAVROU ASSOCIATES INC., et al., | * |
| Defendants. | * |

********

### ORDER GRANTING CORRECTED CONSENT MOTION TO APPROVE THE DISTRIBUTION OF THE SETTLEMENT FUND TO AGGRIEVED PERSONS

Having considered and reviewed the Corrected Consent Motion to Approve the Distribution of the Settlement Fund to Aggrieved Persons submitted by the United States, and there being no opposition thereto, it is **Ordered** as follows:

1. ECF No. 54 is hereby vacated;

2. The Corrected Consent Motion is granted; and

3. The Court approves the distribution of the Settlement Fund to Aggrieved Persons in accordance with Exhibit 1 attached to the Corrected Consent Motion submitted by the United States.

_____
The Honorable Ellen H. Hollander
United States District Court for the
District of Maryland